In The

Court of Appeals

For The

First District of Texas

_______________


NO. 01-01-00264-CR

_______________


JOE GUERRA, Appellant

V.

THE STATE OF TEXAS, Appellee

 
On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause Nos. 858836

 


O P I N I O N


 Appellant pled guilty to the charge of indecency with a child. The court found
appellant guilty, and assessed his punishment at 15 years confinement.

 Counsel has filed a brief stating his opinion that the appeal is frivolous. The
brief meets the minimum requirements of Anders v. California, 386 U.S. 738, 744,
87 S. Ct. 1396, 1400 (1967), by presenting a professional evaluation of the records
and stating why there are no arguable grounds of error on appeal. See Gainous v.
State, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969).

 Counsel certifies that the brief was delivered to appellant, and he was advised
he had a right to file a pro se response. Thirty days have passed, and appellant has
not filed a pro se response. 

 We have reviewed the record and counsel's brief. We hold there are no
arguable grounds for appeal.

 We affirm the judgment. PER CURIAM

Panel consists of Justices Cohen and Nuchia.

Do not publish. Tex. R. App. P. 47.